UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR10-110-MJP |
| ) | |
| v. ) | **DETENTION ORDER** |
| ) | |
| THAM NGUYEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:

Conspiracy to Transport Individuals in Furtherance of Prostitution and Conspiracy to Engage in Money Laundering.

Date of Detention Hearing: April 27, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant was born in Vietnam and a citizen of that country. Her mother and four siblings

DETENTION ORDER - 1

still live in Vietnam. In the last ten years, she has traveled five or six times to that country. Her ties to this district are limited. She currently does not have a place to live other than an apartment she shares with her co-defendant.

It is therefore ORDERED:

(1)	Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)	Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)	On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)	The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of April, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2